1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   SUSAN A. WATSON, State Bar No. 67954
2  655 Montgomery Street, Suite 1100
   San Francisco, California 94111
3  Telephone: (415) 288-6600
   Facsimile: (415) 288-6618
4  Email: swatson@hfdclaw.com

5

6  Attorneys for Defendant WERNER ENTERPRISES, INC.



## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MATTEI, | CASE NO. CV 08 1953 |
| Plaintiff, | |
| v. | NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S. Section 1441(b) |
| WERNER ENTERPRISES, INC., LOGAN HURD, and DOES 1 to 50, | (Diversity) |
| Defendants. | |

TO: THE CLERK OF THE COURT, PLAINTIFF ALAN MATTEI, AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant, WERNER ENTERPRISE, INC. ("WERNER"), hereby removes to this Court the state action described below:

1. On February 29, 2008, an action was commenced in the Superior Court of the State of California in and for the County of Alameda, entitled <u>Alan Mattei v. Werner Enterprises, Inc., Logal Hurd, and Does 1 to 50</u> as Case No. HG08374018, a copy of which is attached hereto as Exhibit A.

///

---

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. 1441 (B) (DIVERSITY)

2. The first date upon which defendant, WERNER receive a copy of the complaint was March 21, 2008, when a representative of WERNER received a copy of the said complaint and summons from the said Court, by Certified Mail. A copy of the summons is attached hereto as Exhibit B.

3. This action is a civil action of which this Court has original jurisdiction under 28 USC § 1332, and is one which may be removed to this Court by defendant, WERNER pursuant to the provisions of 28 U.S.C. § 1441 (b) in that it is civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.

4. Complete diversity of citizenship exists in that plaintiff was, and still is, a citizen of the State of California, and defendant WERNER is a corporation incorporated under the laws of the State of Nebraska and having its principal place of business in the State of Nebraska and is the only defendant that has been served with summons and complaint in this matter.

5. Defendant WERNER is informed and believes that Defendant LOGAN HURD, who was an employee of WERNER and the driver of the vehicle involved in the accident in issue, is a citizen of the State of Idaho. Defendant WERNER has been informed by counsel for ALAN MATTEI ("MATTEI") that LOGAN HURD has not been served with the summons and complaint in this action.

6. Because this action is currently pending in the Superior Court in and for the County of Alameda, this Court is the proper forum for this action upon removal. See 28 U.S.C. § 1441(a).

7. Defendant WERNER is informed and believes that the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because plaintiff alleges damages for injuries sustained in an automobile accident that allegedly resulted in injury to vertebral disks in plaintiff's back, which necessitated a surgical procedure to fuse his cervical spine at C5-6 and C6-7. Defendant WERNER believes that Plaintiff MATTEI will claim that the cost of surgery and the pre-surgery care, in combination with the value of general damages for pain and suffering, will be in an amount well in excess of $75,000.

///

8. This Notice of Removal is filed within thirty (30) days after receipt by WERNER of a copy of the summons and complaint. Removal is therefore timely under 28 U.S.C. § 1446 (b).

9. For these reasons, among others, defendant WERNER removes this action now pending in the Superior Court in and for the County of Alameda to this Court.

DATED: April 14, 2008         HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _____
SUSAN A. WATSON
Attorneys for WERNER ENTERPRISES, INC.

HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. 1441 (B) (DIVERSITY)

# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jeffrey I. Fettner, SBN 125410<br>Robbins, Fettner & LemMon<br>436 14th Street, Suite 405<br>Oakland, CA 94612<br>TELEPHONE NO.: 510 451-7128   FAX NO. (Optional): 510 451-0334<br>E-MAIL ADDRESS (Optional): fettnerlemmon@yahoo.com<br>ATTORNEY FOR (Name): Alan Mattei | 2009 FEB 29  AM 10: 37<br>BY ALP... |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda - Unlimited
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward, CA 94544
BRANCH NAME: Hayward Hall of Justice

PLAINTIFF: Alan Mattei

DEFENDANT: Werner Enterprises, Logan Hurd

[✓] DOES 1 TO 50

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
   [ ] AMENDED (Number):
Type (check all that apply):
[✓] MOTOR VEHICLE   [ ] OTHER (specify):
   [ ] Property Damage      [ ] Wrongful Death
   [✓] Personal Injury      [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [ ] does not exceed $10,000
   [ ] exceeds $10,000, but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: HG08374018

1. Plaintiff (name or names): Alan Mattei
   alleges causes of action against defendant (name or names):
   Werner Enterprises, Logan Hurd
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: Mattei v. Werner Enterprises | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   Is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name):* Werner Enterprises
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1-10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 11-50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Mattei v. Werner Enterprises | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. [✓] Motor Vehicle
    b. [ ] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [ ] Other *(specify):*

11. Plaintiff has suffered
    a. [✓] wage loss
    b. [✓] loss of use of property
    c. [✓] hospital and medical expenses
    d. [✓] general damage
    e. [ ] property damage
    f. [✓] loss of earning capacity
    g. [ ] other damage *(specify):*

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [✓] compensatory damages
       (2) [ ] punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) [✓] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: February 14, 2008

Jeffrey I. Fettner
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 3 of 3

PLD-PI-001(1)

| SHORT TITLE: Alan Mattei v. Werner Enterprises, Logan Hurd | CASE NUMBER: |
|---|---|

**First** (number)   CAUSE OF ACTION—Motor Vehicle

ATTACHMENT TO [✓] Complaint  [ ] Cross - Complaint

(Use a separate cause of action form for each cause of action.)

Plaintiff (name): Alan Mattei

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on (date): March 17, 2006
at (place): Industrial Boulevard, Hayward, CA

MV- 2. DEFENDANTS
a. [✓] The defendants who operated a motor vehicle are (names):
Logan Hurd

[✓] Does  1  to  2

b. [✓] The defendants who employed the persons who operated a motor vehicle in the course of their employment are (names):
Werner Enterprises

[✓] Does  3  to  10

c. [✓] The defendants who owned the motor vehicle which was operated with their permission are (names):
Werner Enterprises, Logan Hurd

[✓] Does  11  to  20

d. [✓] The defendants who entrusted the motor vehicle are (names):
Werner Enterprises

[✓] Does  21  to  26

e. [✓] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were (names):
Logan Hurd

[✓] Does  27  to  32

f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f  [ ] as follows:

[ ] Does ___ to ___

Page  4

Page 1 of 1

Form Approved for Optional Use    CAUSE OF ACTION—Motor Vehicle    Code of Civil Procedure 425.12
Judicial Council of California                                       www.courtinfo.ca.gov
PLD-PI-001(1) [Rev. January 1, 2007]

American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT B

| | SUM-100 |
|---|---|

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Werner Enterprises, Logan Hurd, Does 1 to 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Alan Mattei

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

2008 FEB 29 AM 10:37

BY ALTHORSHA GATES

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Alameda County Superior Court - Unlimited Jurisdication
24405 Amador Street
Hayward, CA 94544

**CASE NUMBER:** *(Número del Caso):* HG08374018

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jeffrey I. Fettner, SBN 125410, Robbins, Fettner & LemMon, 436 14th Street, Suite 405, Oakland, CA 94612, (510) 451-7128

DATE: FEB 29 2008    PAT S. SWEETEN    Clerk, by _____, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com