HARRINGTON, FOXX, DUBROW & CANTER, LLP
SUSAN A. WATSON, State Bar No. 67954
655 Montgomery Street, Suite 1100
San Francisco, California 94108
Telephone: (415) 288-6600
Facsimile: (415) 288-6618
Email: swatson@hfdclaw.com

Attorneys for Defendant WERNER ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MATTEI, <br><br> Plaintiff, <br><br> v. <br><br> WERNER ENTERPRISES, INC.; LOGAN HURD and DOES 1 through 50. <br><br> Defendants. | CASE NO. C 08-01953 WDB <br><br> **WERNER ENTERPRISES, INC.'S ANSWER TO COMPLAINT FOR PERSONAL INJURY** <br><br> JURY TRIAL DEMANDED |

Defendant, WERNER ENTERPRISES, INC. (herein after "WERNER") answers the unverified Complaint for Personal Injury of Plaintiff ALAN MATTEI (herein after "Plaintiff") and each and every cause of action stated therein, and generally denies the Complaint for Damages for Personal Injury in its entirety and each cause of action and allegations stated therein. Defendant WERNER further specifically denies that Plaintiff has been damaged in any sum or sums, or at all.

///

///

///

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

1. Defendant WERNER states that the complaint and each and every cause of action therein fails to state facts sufficient to constitute a cause of action against defendant WERNER.

## SECOND AFFIRMATIVE DEFENSE

(Failure to Mitigate)

2. Defendant WERNER states that Plaintiff was and is under to minimize the damages and injuries complained of, if any there were. Plaintiff has failed, neglected, and refused to so minimize such damages and injuries, and by reason of such failure, neglect and refusal has increased his injuries, and is not entitled to recover therefore.

## THIRD AFFIRMATIVE DEFENSE

(Negligence of Others)

3. Defendant WERNER states that the injuries and damages complained of by Plaintiff, if any there were, were either wholly or in part directly and legally caused by the negligence of person(s) or entities other than WERNER, and such negligence is either imputed to Plaintiff by reason of the relationship between Plaintiff and said person(s) or entities, or comparatively reduces the proportion of negligence in corresponding liability of WERNER.

## FOURTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

4. Defendant WERNER alleges that the complaint and each and every cause of action stated therein is barred by the applicable statutes of limitations.

///
///
///

HARRINGTON, FOXX, DUBROW & CANTER, LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108
TELEPHONE (415) 288-6600

## FIFTH AFFIRMATIVE DEFENSE

(Negligence of Plaintiff)

5.  Defendant WERNER states that the Plaintiff himself was negligent in and about the matters complained of in the complaint, and that said carelessness and negligence directly and proximately contributed to and caused the injuries and damages complained of, if any there were.

## SIXTH AFFIRMATIVE DEFENSE

(*Code of Civil Procedure*§§ 583.410-430)

6.  Defendant WERNER states that the Complaint and the causes of action alleged therein, should be dismissed pursuant to California Code of Civil Procedure Sections 583.410-430.

## SEVENTH AFFIRMATIVE DEFENSE

(*Code of Civil Procedure* § 474)

7.  Defendant WERNER states that the Complaint and the causes of action alleged therein, are barred, as Plaintiff has failed to satisfy the requirements of California *Code of Civil Procedure* § 474.

## EIGHTH AFFIRMATIVE DEFENSE

(Laches)

8.  Defendant WERNER states that the complaint and the causes of action alleged therein, are barred by the doctrines of laches, estoppel, waiver, and/or unclean hands.

///
///
///
///
///
///

## NINTH AFFIRMATIVE DEFENSE

-3-
WERNER'S ANSWER TO COMPLAINT

(Assumption of Risk)

9. Defendant WERNER states that Plaintiff knowingly, voluntarily, and unreasonably undertook to encounter each of the risks and hazards, if any, referred to in the Complaint for Personal Injury, and the causes of action alleged therein, and thereby assumed the risk of alleged injury and damage, and this undertaking proximately caused and contributed to any loss, injury, or damages incurred by Plaintiff.

## TENTH AFFIRMATIVE DEFENSE

*(Civil Code § 3333.4)*

10. Defendant WERNER is informed and believes, and on that information and belief, states that Plaintiff is barred under the provisions of California Civil Code §3333.4 from recovering non-economic losses to compensate for pain, suffering, inconvenience, physical impairment, disfigurement, and other non pecuniary damages, as Plaintiff was the owner of the vehicle involved in the accident, and the vehicle was not insured as required by the financial responsibility laws of the State of California.

## ELEVENTH AFFIRMATIVE DEFENSE

*(Civil Code § 3333.4)*

11. Defendant WERNER is informed and believes, and on that information and belief, states that Plaintiff is barred under the provisions of California Civil Code §3333.4 from recovering non-economic losses to compensate for pain, suffering, inconvenience, physical impairment, disfigurement, and other non pecuniary damages, as Plaintiff was the operator of the vehicle involved in the accident, and cannot establish his financial responsibility as required by the financial responsibility laws of the State of California.

///

///

WHEREFORE, Defendant WERNER prays for judgment as follows:

1. That Plaintiff take nothing by way of his complaint;
2. That judgment be entered in favor of defendant WERNER;
3. That defendant WERNER be awarded its reasonable attorneys fees and costs of suit incurred herein;
4. For such other and further relief that this Court may deem just and proper.

DATED: April 14, 2008                         HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: /s/ Susan A. Watson
    SUSAN A. WATSON
    Attorneys for WERNER ENTERPRISES, INC.

### JURY DEMAND

WERNER ENTERPRISES, INC., hereby demands trial by jury.

DATED: April 14, 2008                         HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: /s/ Susan A. Watson
    SUSAN A. WATSON
    Attorneys for WERNER ENTERPRISES, INC..

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

WERNER'S ANSWER TO COMPLAINT

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 Montgomery Street, Suite 1100, San Francisco, California 94111.

On April 15, 2008, I served the foregoing document described as ANSWER TO COMPLAINT on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 15, 2008, at San Francisco, California.

( )  (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X)  (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/Berlita M. Umadhay
BERLITA M. UMADHAY

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108
TELEPHONE (415) 288-6600

WERNER'S ANSWER TO COMPLAINT

**SERVICE LIST**

Thomas H. LemMon
Robbins, Fettner & LemMon
436 14th Street, Suite 405
Oakland, CA 94612

HARRINGTON, FOXX, DUBROW & CANTER, LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108
TELEPHONE (415) 288-6600