HARRINGTON, FOXX, DUBROW & CANTER, LLP
SUSAN A. WATSON, State Bar No. 67954
655 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: (415) 288-6600
Facsimile: (415) 288-6618
Email: swatson@hfdclaw.com

Attorneys for WERNER ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MATTEI, | CASE NO. C 08-01953 WDB |
| Plaintiff, | CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |
| v. | |
| WERNER ENTERPRISES, INC., LOGAN HURD, and DOES 1 to 50, | |
| Defendants. | |

I, Berlita M. Umadhay, certify and declare as follows:

1) I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 Montgomery Street, Suite 1100, San Francisco, California 94111.

2) On **April 14, 2008**, I served a copy of the document described as **NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed to Thomas H. LemMon, Robbins, Fettner & LemMon, 436 14th Street, Suite 405, Oakland, CA 94612, and depositing the envelope in the United States Mail.

1   I declare under penalty of perjury that the foregoing is true and correct.

3   Executed on April 14, 2008

			/s/Berlita M. Umadhay
			BERLITA M. UMADHAY

HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL