HARRINGTON, FOXX, DUBROW & CANTER, LLP
SUSAN A. WATSON, State Bar No. 67954
655 Montgomery Street, Suite 1100
San Francisco, California 94108
Telephone: (415) 288-6600
Facsimile: (415) 288-6618
Email: swatson@hfdclaw.com

Attorneys for Defendant WERNER ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MATTEI | ) CASE NO. C 08-01953 WDB |
| Plaintiff, | ) PROPOSED DISCOVERY PLAN |
| v. | ) [FRCP RULE 26(f)] |
| WERNER ENTERPRISES, INC.; LOGAN HURD and DOES 1 through 50. | ) |
| Defendants. | ) |

1. Rule 26(f) Conference:

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, a meeting was held by telephone on Thursday, May 22, 2008, and was attended by Thomas H. LemMon, Esq., for plaintiff Alan Mattei and by Susan A. Watson, Esq., for defendant Werner Enterprises, Inc.

2. Initial Disclosures:

The parties do not believe that any changes should be made to the timing, form or requirement of initial disclosures. The deadline for completing initial disclosures is July 15, 2008.

3. <u>Discovery Plan</u>:

Discovery is needed on the following subjects:  a) The facts surrounding the accident in issue; b) The mechanics of the claimed injuries to plaintiff's neck and back; c) The extent and nature of plaintiff's prior neck and back injuries and/or conditions; d) The extent and nature of plaintiff's economic damages; and, d) Whether or not plaintiff had insurance within the meaning of California Civil Code § 3333.4.

Because the plaintiff recently underwent neck surgery with complications, and will potentially undergo back surgery in the near future, the parties do not believe that they will be able to complete discovery prior to March 31, 2009.

The parties do not anticipate any issues relating to disclosure or discovery of electronically-stored information.

The parties do not anticipate any issues relating to claims of privilege or of protection of trial preparation material.

The parties do not believe that there is any need to change any limitations on discovery imposed by Rule 26 or local rule.

The parties do no believe that there is any need for other orders relating to discovery.

Dated: June 4, 2008                                HARRINGTON, FOXX, DUBROW & CANTER

 /s/ Susan A. Watson
SUSAN A. WATSON, Attorney for Defendant,
WERNER ENTERPRISES, INC.

Dated: June 3, 2008                                ROBBINS, FETTNER & LEMMON

/s/ Thomas H. LemMon
THOMAS H. LEMMON, Attorney for Plaintiff,
ALAN MATTEI