HARRINGTON, FOXX, DUBROW & CANTER, LLP
SUSAN A. WATSON, State Bar No. 67954
655 Montgomery Street, Suite 1100
San Francisco, California 94108
Telephone: (415) 288-6600
Facsimile: (415) 288-6618
Email: swatson@hfdclaw.com

Attorneys for Defendant WERNER ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MATTEI | ) **CASE NO. C 08-01953 WDB** |
| Plaintiff, | ) **DEFENDANT WERNER ENTERPRISES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | ) |
| WERNER ENTERPRISES, INC.; LOGAN HURD and DOES 1 through 50. | ) |
| Defendants. | ) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies on behalf of Werner Enterprises, Inc., that as of this date, other than the named parties, there is no such interest to report.

DATED: July 9, 2009                    HARRINGTON, FOXX, DUBROW & CANTER

By /s/Susan A. Watson
Susan A. Watson
Attorneys for WERNER ENTERPRISES, INC.