HARRINGTON, FOXX, DUBROW & CANTER, LLP
SUSAN A. WATSON, State Bar No. 67954
655 Montgomery Street, Suite 1100
San Francisco, California 94108
Telephone: (415) 288-6600
Facsimile: (415) 288-6618
Email: swatson@hfdclaw.com

Attorneys for Defendant WERNER ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MATTEI | CASE NO. C 08-01953 WDB |
| Plaintiff, | JOINT CASE MANAGEMENT CONFERENCE STATEMENT |
| v. | |
| | Date:  July 22, 2008 |
| | Time:  4:00 P.M. |
| WERNER ENTERPRISES, INC.; LOGAN HURD and DOES 1 through 50. | Courtroom: 4 (Magistrate Judge Wayne D. Brazil) |
| Defendants. | |

Plaintiff ALAN MATTEI ("MATTEI") and defendant WERNER ENTERPRISES, INC. ("WERNER") submit the following Joint Case Management Conference Statement:

1. Jurisdiction and Service:

This action is a civil action of which this Court has original jurisdiction under 28 USC § 1332, and which was removed to this Court by defendant, WERNER, pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.