UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: July 22, 2008                Start Time: 4:00 p.m.   End Time: 4:40 p.m.

DOCKET NO.          C 08-1953 WDB
TITLE OF CASE       *Mattei v. Werner Enterprises, Inc.*

APPEARANCES     For Plaintiff:   Thomas H. LemMon, Esq.

                For Defendant:   Susan A. Watson, Esq.

FTR: 7/22/08, 4:00 p.m.           Hearing:   (X) In Person  ( ) Telephone

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE            [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE           [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)            [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE             [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION                 [] EXAM. OF JUDGMENT DEBTOR
                                         [] EVIDENTIARY HEARING

[] OTHER:


ORDER TO BE PREPARED BY:  ( ) Plaintiff   ( ) Defendant   (x) Court


**NOTES**

Court conducted an Initial Case Management Conference.  See later-filed separate order.

1