UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEI,<br><br>        Plaintiff,<br><br>v.<br><br>WERNER ENTERPRISES, INC.,<br><br>        Defendant.<br>_____/ | No. C 08-1953 WDB<br><br>ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE |

On February 4, 2009, the parties appeared for a Further Case Management Conference.

On the record during the Conference, the parties indicated that they were working toward amenable resolution of the matter. Accordingly, the Court set a Further Case Management Conference to take place on **Monday, March 24, 2009, at 1:30 p.m.** The parties are to attend by telephone, and Defendant is to initiate the call to the Court by dialing 510-637-3909.

The parties are not required to file a statement with the Court prior to the Conference. However, if the parties would like to discuss the possibility of seeking assistance from the Court regarding the Medicare lien situation, the parties should provide to the Court a statement indicating the character of the assistance sought and the authority for the Court to provide that assistance.

1

1  If the matter settles before March 24, 2009, the parties must promptly prepare and file
2  dismissal papers and notify the Court by calling (510) 637-3324.

4  IT IS SO ORDERED.

5  Dated:   February 4, 2009

*[signature]*
WAYNE D. BRAZIL
United States Magistrate Judge