HARRINGTON, FOXX, DUBROW & CANTER, LLP
SUSAN A. WATSON, State Bar No. 67954
655 Montgomery Street, Suite 1100
San Francisco, California 94108
Telephone: (415) 288-6600
Facsimile: (415) 288-6618
Email: swatson@hfdclaw.com

Attorneys for Defendant WERNER ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MATTEI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WERNER ENTERPRISES, INC.; LOGAN HURD and DOES 1 through 50.<br><br>　　　　Defendants. | CASE NO. C 08-01953 WDB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

TO: THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

ALAN MATTEI, plaintiff to this action, hereby stipulates to the dismissal with prejudice of WERNER ENTERPRISES, INC. and LOGAN HURD, from the above referenced action filed by ALAN MATTEI against WERNER ENTERPRISES, INC., LOGAN HURD, and Does 1 through 50.

This stipulation for dismissal is made pursuant to a FULL RELEASE OF ALL CLAIMS.

-1-

The parties further stipulate that each party is to bear its own costs and attorneys fees.

IT IS SO STIPULATED:

DATED: June 29, 2009        HARRINGTON, FOXX, DUBROW & CANTER, LLP

By:   /s/Susan A. Watson
      SUSAN A. WATSON
      Attorneys for WERNER ENTERPRISES, INC.
      and LOGAN HURD

DATED: June 23, 2009        FETTNER & LEMMON

By:   /s/Thomas LemMon
      THOMAS LEMMON
      Attorney for ALAN MATTEI

Pursuant to stipulation, IT IS HEREBY ORDERED that this action be dismissed with prejudice.

IT IS SO ORDERED:

DATED: June 30, 2009        By: _____
                                 IT IS SO ORDERED
                                 Wayne D. Brazil
                                 Judge Wayne D. Brazil
                                 UNITED STATES DISTRICT COURT
                                 NORTHERN DISTRICT OF CALIFORNIA

HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600

-2-
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE